FARRAGUT GARAGE SERVICE, INC., Respondent, v. MITCHELL POLLACK, Tenant. BEN GOLDBERG and Others, Appellants.— Application granted.

ABRAHAM KOSLOW and KOPPEL KOSLOW, Doing Business under the Trade Name and Style of K. KOSLOW & SON, Respondents, v. THE CITY OF NEW YORK, Appellant.—Application denied.

EMANUEL NEWMAN, as Agent of DANDY REALTY CO., INC., Appellant, v. PETER GEORGE, Respondent.— Application granted upon condition that tenant file an undertaking, with corporate surety, for the payment of rent due last and this year and to become due this year, less any payments made and costs of the appeal, conditioned upon an affirmance of the order of the Appellate Term. Settle order on two days' notice before the presiding justice for a day prior to June 26, 1929.

MARTIN J. O'REILLY, Respondent, v. SAMUEL SCHLOSSMAN, Appellant.— Application denied, with ten dollars costs.

HARRY SCHNALL, Respondent, v. PARAGON FINANCE AND MORTGAGE CORPORATION, Appellant.— Application granted.

DAVID SCHNEIDER and CHARLES GITTLEMAN, Copartners, etc., Appellants, v. ROSE KAUFMAN and SAMUEL KAUFMAN, Respondents.— Application denied, without costs.

PHILIP FABER, Respondent, v. GROVER A. WHALEN and Others, Police Commissioner, Inspector and Captain of the Police Department of the City of New York, Respectively, and All Officers under the Command of the Said Defendants, Appellants.— Motion to amend decision denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

ANNA C. FUHRMANN, Respondent, v. ARTHUR E. FANROTH, Appellant, and PETER J. FUHRMANN, Defendant.— Motion for reargument granted and case set down for reargument on Monday, September 30, 1929. Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of WILLIAM C. ARCHER for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Petition of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (SAMUEL F. EDMEAD.) — Matter referred to Hon. Russell Benedict, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.